**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 23-00609-CJC (KESx)                                    Date:  September 29, 2023

Title: <u>CHUNYAN SONG v. ALISSA EMMEL, *et al.*</u>

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Daniel Tamayo for Rolls Royce Paschal</u>                    <u>     N/A     </u>
            Deputy Clerk                                                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                               None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF'S COMPLAINT**

  In this case, filed on April 6, 2023, Plaintiff Chunyan Song seeks to compel Defendants to complete the adjudication of her I-829 Petition.  (Dkt. 1 [Compl.] ¶ 1.)  On July 6, 2023, the Court issued an order to show cause re: dismissal for lack of prosecution because over ninety days had passed since Plaintiff filed her complaint, but Plaintiff had not filed any proof of service.  (Dkt. 8.)  Plaintiff, through counsel, filed a timely response to that order, indicating on July 10, 2023 that she intended to proceed with litigation.  (Dkt. 10 ¶ 3.)  However, in the two and half months since Plaintiff's response, she has still not served any defendants.[1]

  Accordingly, on September 18, 2023, the Court issued a second order to show cause re: dismissal for lack of prosecution citing Plaintiff's continued failure to serve Defendants.  (Dkt. 11.)  The Court again explained that Federal Rule of Civil Procedure 4(m) provides that absent a showing of good cause, a court "*must* dismiss" an action if a defendant "is not served within 90 days after the complaint is filed."  (*Id.*)  The Court also reminded Plaintiff that it is her responsibility to prosecute her case diligently and admonished that "[f]ailure to respond to this Order may result in dismissal."  (*Id.* at 2.)

---

[1] Perhaps Plaintiff is confused.  She strangely requested that the "Court … extend Defendants' time to respond to the complaint in file," (Dkt. 10 ¶ 3), but that clock does not begin ticking until she effectuates service.  She also filed a "notice of service," (Dkt. 9), which indicates the defendants she intends to serve but did not provide proof of any service.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 23-00609-CJC (KESx)  Date: September 29, 2023
Page 2

---

      Plaintiff's response to the Court's second order to show cause was due on September 20, 2023.  Nine days after the deadline, she has still taken no action.  And nearly 6 months after the case was filed, the Court still has no indication Defendants have been served.  The Court must dismiss the case under Federal Rule of Civil Procedure 4(m).  Dismissal is also appropriate based on Plaintiff's failure to respond to the Court's order.  Plaintiff's complaint is therefore **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

lat
MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk DT